THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOUGLAS SWANSON,

    Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC., a Tennessee Corporation, d/b/a LIFE CARE CENTER OF SKAGIT VALLEY,

    Defendant.

NO. C05-0130 RSL

ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT

    This matter came before the Court on the motion of Defendant Life Care Centers of America, Inc. for a one-day extension of time to file its Motion for Summary Judgment from April 11, 2006 to April 12, 2006.

    The Court has considered the records and files herein and being fully advised in the premises, finds that an extension of time from April 11, 2006 to April 12, 2006 is warranted. Now, therefore, it is

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO EXTEND TIME TO FILE MOTION FOR
SUMMARY JUDGMENT (NO. C05-0130 RSL) - 1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

ORDERED that Defendant's Motion to Extend Time to File Its Motion for Summary Judgment, from April 11, 2006 to April 12, 2006, hereby is GRANTED.

DATED this 24th day of April, 2006

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

**Presented by:**

s/ Julie S. Lucht, WSBA # 31278
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206-359-8000
Fax:  206-359-9000
E-mail:  JLucht@perkinscoie.com

Attorneys for Defendant
Life Care Centers of America, Inc.

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT (NO. C05-0130 RSL) - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000